AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| FAY, PETER T | U.S. Court of Appeals, 11 Cir. | 04/16/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. Circuit Judge | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2006 <br> to <br> 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Federal Justice Building <br> 99 N.E. 4 Street, Suite 1255 <br> Miami, Florida 33132 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee Emeritis | University of Miami |
| 2. | Trustee Emeritis | University of Florida School of Law |
| 3. | St. Thomas School of Law Board of Advisors | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

RECEIVED 2007 APR 23 A 10: 28 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | University of Florida Moot Court Competition (judging moot court finals) | March 2-3, 2006, lodging, Gainesville, Fla. |
| 2. | Federal Judicial Center workshop at Duke Law School (Law and Terrorism Seminar) | March 15-17, 2006, transportation, lodging, Durham, N.C. |
| 3. | Eleventh Circuit Appellate Practice Institute, Speaker | October 26-27, 2006, transportation, lodging, food, Atlanta, Ga. |
| 4. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FAY, PETER T | 04/16/2007 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| FAY, PETER T | 04/16/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FAY, PETER T | 04/16/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Common stock - Central Ill. Pub. Service Corp. | A | Dividend | J | T | | | | | |
| 2. Savings account - Bank of America | A | Interest | J | T | | | | | |
| 3. Land near Milton, Florida | | None | K | W | | | | | |
| 4. Mineral lease on land near Milton, Florida | A | Royalty | J | W | | | | | |
| 5. Coca Cola Co. | A | Dividend | J | T | | | | | |
| 6. Barr Laboratories Inc. | | None | J | T | Sold | 3/17 | J | A | |
| 7. Nuveen Mun. Fund | B | Dividend | K | T | | | | | |
| 8. Dryden Mun. Bond Fund (formerly Prudential Mun.Fund Class A) | A | Dividend | J | T | Sold | 3/01 | K | | |
| 9. Fidelity High Yield Tax Free | A | Dividend | J | T | | | | | |
| 10. Monster Worldwide Inc. | A | Dividend | J | T | Buy | 3/17 | J | | |
| 11. Spartan Florida Mun. Fund | A | Dividend | J | T | | | | | |
| 12. Nuveen Mun. Market Opportunity Fund | A | Dividend | J | T | | | | | |
| 13. Harbor Capital Appreciation Fund | A | Dividend | J | T | | | | | |
| 14. Vanguard Group, 500 Portfolio | A | Dividend | K | T | | | | | |
| 15. Vanguard Group, European Portfolio | A | Dividend | K | T | | | | | |
| 16. Wachovia Bank Deposit | C | Dividend | L | T | | | | | |
| 17. TimeWarner | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| FAY, PETER T | 04/16/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American International Group Inc. | A | Dividend | J | T | | | | | |
| 19. Amgen Inc. | | None | J | T | | | | | |
| 20. Broadcom Corp. Class A | | None | J | T | | | | | |
| 21. Home Depot Inc. | A | Dividend | K | T | | | | | |
| 22. JDS Uniphase Corp. | | None | J | T | Sold | 3/06 | J | | |
| 23. MCI Worldcom Inc. This co. has simply disappeared | | | | | | | | | |
| 24. Microsoft Corp. Washington | A | Dividend | J | T | | | | | |
| 25. Brevard County Fla. G/O LTD B/E | A | Interest | K | T | Buy | 3/06 | K | | |
| 26. Cape Coral Fla. WST WTR & IRR | A | Interest | K | T | Buy | 3/06 | K | | |
| 27. Walmart Stores Inc. | A | Dividend | K | T | | | | | |
| 28. | | | | | | | | | Left blank intentionally |
| 29. | | | | | | | | | Left blank intentionally |
| 30. Reedy Creek Fla. Impt. Dist. Fla. Utilities Rev. | B | Interest | K | T | | | | | |
| 31. Jacksonville Fla. Excise Taxes Rev. | B | Interest | K | T | | | | | |
| 32. Port Palm Beach Dist. Fla. Rev. | B | Interest | K | T | | | | | |
| 33. Dade County Fla. Water & Sewer System | B | Interest | K | T | | | | | |
| 34. | | | | | | | | | Left blank |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FAY, PETER T | 04/16/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | | | | intentionally |
| 35. Fidelity Advisor Series II Balance Fund Cl. T | A | Interest | J | T | Sold | 3/06 | J | | |
| 36. Wachovia Bank Dep.Sweep Opt.(for.Bedford Mon.Market Fund) | A | Interest | L | T | | | | | |
| 37. Condo unit, Melbourne Beach, Fla. | | None | M | W | | | | | |
| 38. Ft. Myers Fla. Gas Tax Revenue | B | Interest | K | T | | | | | |
| 39. Orlando Fla., Waste Water | B | Interest | K | T | | | | | |
| 40. Lauderhill, Fla. Water & Sewer | B | Interest | K | T | | | | | |
| 41. Tampa Sports Authority | B | Interest | K | T | | | | | |
| 42. Brevard County Fuel Tax Revenue Bond | B | Interest | K | T | | | | | |
| 43. Plaza San Remo Partners,LLLP | | None | K | T | | | | | Please see note below. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 43 deals with an investment I made several years ago (I think 2005). It involves the construction of a commercial building in Coral Gables, Florida that is nearing completion. I have derived no income from this investment to date but hope to in the future.

| Name of Person Reporting | Date of Report |
|---|---|
| FAY, PETER T | 04/16/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____  Date  4/16/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544